GREEN POINT SAVINGS BANK, Respondent, v. 393 STONE AVE. CORPORATION, Appellant, et al., Defendants. (Action No. 2.)

Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

GREEN POINT SAVINGS BANK, Respondent, v. 393 STONE AVE. CORPORATION et al., Defendants, and BERNARD CHESS, Defendant-Appellant. (Action No. 3.)

Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

GREEN POINT SAVINGS BANK, Respondent, v. 393 STONE AVE. CORPORATION et al., Defendants, and BERNARD CHESS, Defendant-Appellant. (Action No. 4.)

Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

PATRICIA HARDY, an Infant, by MARY E. HARDY, Her Guardian ad Litem, Respondent, v. KENNETH G. FISH, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

FLORENCE G. HENDRICKSON, Respondent, v. CHARLES C. HENDRICKSON, Appellant.—

Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

HOME OWNERS' LOAN CORPORATION, Appellant, v. VILLAGE OF PLEASANTVILLE et al., Respondents.—

No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

MYRTLE HUNTER et al., Respondents, v. JOHN J. THEIS, Appellant.—